NELLIE Y. PIETSCH, RESPONDENT, v. STIRLING HOME
BUILDERS, INCORPORATED, APPELLANT.

Submitted December 11, 1922—Decided February 1, 1923.

On appeal from the Supreme Court, whose opinion is reported in 97 *N. J. L.* 451.

For the respondent, *Andrew L. McDonough.*

For the appellant, *William Newcorn.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Katzenbach in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, ACKERSON, VAN BUSKIRK, JJ. 13.

*For reversal*—None.